UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------x
DELPHINA FRANKLIN,

                                                 RULE 7.1 DISCLOSURE
                Plaintiff,            15-cv-6419

       -against-

RESURGENT CAPITAL SERVICES, LP,

              Defendant(s).
------------------------------------x

      Defendant, RESURGENT CAPITAL SERVICES, LP, by its attorney ARTHUR SANDERS, ESQ., pursuant to 7.1 (a) and (b) of the Federal Rules of Civil Procedure, hereby submits it's corporate disclosure statement and states:

      1. FRCP 7.1(a) provides "a nongovernmental corporate party to an action or proceeding in a district court must file 2 copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

      2. Sherman Originator LLC is the parent entity and is 100% owner of Resurgent Capital Services, LP. Neither Sherman nor Resurgent is a publicly held corporation.

Dated:   New City, NY
          September 1, 2015

_____
ARTHUR SANDERS, ESQ. (AS1210)
Attorney for defendant
30 South Main Street
New City, NY  10956
845-499-2990

Case 6:15-cv-06419-MAT-MWP   Document 6   Filed 09/01/15   Page 2 of 2