**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**DELPHINA FRANKLIN,**

        **Plaintiff,**

    **v.**

**RESURGENT CAPITAL SERVICES,**

        **Defendant**

**Civil Action No. 6:15-cv-06419**

**PROPOSED DISCOVERY PLAN**

Pursuant to this Court's Order dated September 4, 2015, the undersigned counsel for the parties propose the following discovery plan:

**1.    CONSENT TO TRIAL BY MAGISTRATE JUDGE**

The parties have consented to Magistrate Judge Jurisdiction.

**2.    INITIAL DISCLOSURES**

Mandatory disclosures under Rule 26(a) will be exchanged by November 5, 2015.

**3.    AMENDMENTS TO PLEADINGS**

All motions to amend the pleadings or add parties shall be made on or before December 18, 2015.

**4.    FACT DISCOVERY**

All factual discovery in this case, including depositions, shall be completed on or before February 12, 2016.

**5.    EXPERT DISCOVERY**

Plaintiff shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by March 11, 2016.  Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by April 11, 2016.

**6.     MOTIONS TO COMPEL DISCOVERY**

All motions to compel discovery shall be filed at least thirty (30) days prior to the factual discovery cutoff.

**7.     PROTECTIVE / CONFIDENTIALITY ORDERS**

The parties do not request a protective or confidentiality order at this time, but reserve the right to do so should the need arise.

**8.     LIMITATIONS ON DISCOVERY**

The parties, at this time, are not contemplating any changes to the limitations on discovery as set forth in F.R.C.P. 30, 33, and 34.

**9.     ELECTRONICALLY STORED INFORMATION**

The parties have agreed to produce all electronically stored information in hard copy.

**10.    DISPOSITIVE MOTIONS**

Dispositive motions, if any, shall be filed on or before May 13, 2016.

**11.    ALTERNATIVE DISPUTE RESOLUTION**

The parties believe a settlement conference would be most fruitful upon completion of discovery.

**12.    JURY TRIAL**

Plaintiff made a timely demand for a jury trial.  Trial is expected to last two days.

RESPECTFULLY SUBMITTED,

DATED: 10/22/15                KIMMEL & SILVERMAN, P.C.

By: __/s/ Craig Thor Kimmel
Craig Thor Kimmel
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: (716) 732-6112
Fax: (800) 863-1689
Email: kimmel@creditlaw.com

DATED: 10/22/15                BARRON & NEWBURGER, P.C.

By: __/s/ Arthur Sanders
Arthur Sanders
30 South Main Street
New City, NY 10953
Phone: (845) 499-2990
Fax: (845) 499-2992
Email: asanders@arthursanderslaw.com

PROPOSED DISCOVERY PLAN